IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Gary L. Kretchmar,                               :
                              Appellant    :
                                                 :
    v.                                           :
                                                 :
Pennsylvania Department of Corrections     :
and Douglas Russell                        :        No. 405 C.D. 2015

## O R D E R

NOW, December 28, 2015, having considered appellant's application for

*en banc* reargument or panel reconsideration, the application is denied.


_____
DAN PELLEGRINI,
President Judge